USDC OHND 245B (Rev. 7/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Northern District of Ohio
### Eastern Division

2005 AUG 10 PM 3:50

UNITED STATES OF AMERICA
V.
**Thomas Schnell**

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)
Case Number: 1:05MJ17

Counsel For Defendant: **Charles Fleming**
Counsel For The United States: **Robert Becker**
Court Reporter: **Julie Knabe**

**THE DEFENDANT:**
pleaded guilty to count(s) 1,2 of the plea agreement and was found guilty by the court.

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18:1030 USC | Fraud Activity Connected w/Computers | 8/10/05 | 1 |
| 18:1703 USC | Delay or Destruction of Mail or Newspaper | 8/10/05 | 2 |

The defendant is sentenced as follows:

The defendant is hereby placed on probation for a term of one (1) year and must provide 100 hours of community service. Defendant must pay administrative cost pertaining to the community service program.

The defendant is hereby ordered to pay a special assessment of $50.00.

Signature of Judicial Officer

**Magistrate Judge David S. Perelman**
United States Magistrate Judge

Date: 8/10/05